**DISMISS and Opinion Filed August 26, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00668-CV**
_____

**IN THE INTEREST OF A.G., A CHILD**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-22-00411-X**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Garcia

The Court questioned its jurisdiction over this appeal because there did not appear to be an appealable order. We directed appellant to file, by August 8, 2022, a letter brief addressing the jurisdictional issue and cautioned her that failure to comply may result in dismissal of the appeal without further notice. As of today's date, appellant has not responded.

It is well settled that appellate courts have jurisdiction over final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a) (listing appealable interlocutory orders). Appellant appeals from the trial court's July 19, 2022 order requiring her to participate in services provided by the

Texas Department of Family and Protective Services. This order was pursuant to section 264.203 of the Texas Family Code. *See* TEX. FAM. CODE ANN. § 264.203(a). An order directing a parent to participate in child and family services pursuant to section 264.203 is not a final order or an order that is subject to interlocutory appeal. *See Interest of A.S.*, No. 07-19-00093-CV, 2019 WL 1389365, at *1 (Tex. App.—Amarillo Mar. 27, 2019, no pet.) (mem. op.); *In re N.N.*, No. 08-18-00049-CV, 2018 WL 1790483, at *1, (Tex. App.—El Paso Apr. 16, 2018, no pet.) (mem. op.).

Because the appealed order is not a final judgment or appealable interlocutory order, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Dennise Garcia/
_____
DENNISE GARCIA
JUSTICE

220668F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.G., A
CHILD

No. 05-22-00668-CV

On Appeal from the 305th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. JC-22-00411-
X.
Opinion delivered by Justice Garcia.
Justices Molberg and Reichek
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered August 26, 2022